CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
1700 S. Pavilion Center, Dr. Ste., #500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
*Attorney for Defendant Gerard Russo*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br>ALEXANDER WALLACE VEGA, BRADLEY MICHAEL RAU, DAVID OWEN IVAR, GERARD JUDE RUSSO, and TARON AGAZARYN,<br><br>Defendants. | CASE NO. 2:21-cr-00302-JCM-DJA |

### STIPULATION AND ORDER TO CONTINUE SENTENCING
### (FIRST REQUEST)

**IT IS HEREBY STIPULATED** by and between Gerard Jude Russo, Defendant, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill, PLLC, the Plaintiff, by and through Jason Frierson, United States Attorney, and Joshua Brister, United States Attorney, that the Sentencing in the in the above-captioned matter, currently scheduled for April 12, 2023 be vacated and set to July 7, 2023 at 10:00 a.m..

This Stipulation is entered into for the following reasons:

1. Paola Armeni was appointed by this Court as counsel for Mr. Russo on December 14, 2021.

2. Sentencing in this matter is currently scheduled for April 12, 2023 and the parties have agreed to a continuance to July 7, 2023 at 10:00 a.m.

CLARKHILL\K9376\436521\270986292.v1-3/20/23

3.     Defendant Gerard J. Russo is having spine surgery on March 22, 2023 and will need until June 22, 2023 to recover.

4.     Federal Rule of Criminal Procedure 32(b)(2) permits this court to continue a sentencing for good cause.  Good cause exists in this case.

5.     Additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

2.     For all the above-stated reasons, the ends of justice would be best served by the continuance of the deadline for said sentencing.

3.     This is the First Request for a continuance of the Sentencing deadline.

| | |
|---|---|
| JASON FRIERSON<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | CLARK HILL PLLC |
| /s/ Johsua Brister<br>JOSHUA BRISTER<br>Assistant United States Attorney | /s/Paola M. Armeni<br>PAOLA M. ARMENI |
| DATED this 20th  day of March, 2022. | DATED this 20th day of March, 2022. |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br>ALEXANDER WALLACE VEGA, BRADLEY MICHAEL RAU, DAVID OWEN IVAR, GERARD JUDE RUSSO, and TARON AGAZARYN,<br><br>              Defendants. | CASE NO. 2:21-CR-00302-JCM-DJA |

## **FINDINGS OF FACT AND CONCLUSIONS OF LAW AND ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

## **CONCLUSIONS OF LAW**

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. The current Sentencing date is April 12, 2023.

2. On or about October 10, 2022, Defendant Gerard Russo entered into a Plea Agreement.

3. Defendant Gerard Russo has appeared in this case, is not in custody and has agreed to a continuance with the government.

4. Defendant Gerard J. Russo is having spine surgery on March 22, 2023 and will need until June 22, 2023 to recover.

5. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would be best served by the continuance of Sentencing date.

7. This is the First Request for a continuance of the Sentencing date.

**ORDER**

**IT IS HEREBY ORDERED** that the Sentencing date for April 12, 2023, at the hour of 10:30 a.m. is hereby vacated and continued to **July 7, 2023 at 10:00 a.m.**

DATED:  March 20, 2023.

_____
**UNITED STATES DISTRICT COURT**

4