CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
Attorney for Defendant, Gerard Russo

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERARD JUDE RUSSO,<br><br>Defendant. | CASE NO. 2:21-cr-00302-JCM-DJA |

## STIPULATION AND ORDER TO CONTINUE REVOCATION OF PROBATION HEARING

**IT IS HEREBY STIPULATED AND AGREED** by and between Gerard Jude Russo, Defendant, by and through his counsel, Paola M. Armeni, Esq., of the law firm of Clark Hill, PLLC, and the Plaintiff, United States of America, by and through Jason Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, that the Revocation of Probation Hearing in the above-captioned matter, currently scheduled for December 1st, 2023, at the hour of 10:00 a.m., be vacated and set to a date and time convenient to the Court but not earlier than ninety (90) days.

////

CLARKHILL\K9376\436521\274554253.v2-11/21/23

The parties request the continuation of the hearing as Mr. Russo is currently enrolled in the intensive outpatient counseling program at Westcare. The program generally runs for 90 days. A successful completion of the program may assist in resolving the matter that is before the Court. Thus, the continuation could save judicial resources.

This request is made in good faith and not for purposes of delay.

| | |
|---|---|
| JASON FRIERSON<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEVADA | CLARK HILL PLLC |
| DATED this 21st day of November, 2023. | DATED this 21st day of November, 2023. |
| /s/ Joshua Brister<br>JOSHUA BRISTER<br>United States Attorney<br>Attorneys for Plaintiff,<br>UNITED STATES OF AMERICA | /s/ Paola M. Armeni<br>PAOLA M. ARMENI<br>Attorney for Defendant,<br>GERARD RUSSO |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00302-JCM-DJA |
| Plaintiff, | |
| v. | |
| GERARD JUDE RUSSO, | |
| Defendant. | |

**ORDER**

**IT IS HEREBY ORDERED** that the Revocation of Probation Hearing in this matter scheduled for December 1st, 2023, at the hour of 10:00 a.m., is hereby vacated and continued to **March 4, 2024 at 10:00 a.m.** in Courtroom 6A.

**DATED** November 22, 2023.

_____
**UNITED STATES DISTRICT COURT JUDGE**

CLARKHILL\K9376\436521\274554253.v2-11/21/23